UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA MARIA RIGOR, | No. 2:18-cv-442-MCE-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| LIBBY FERNANDEZ, CHRIS DELANEY, | |
| Defendants. | |

On January 22, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

///

///

///

///

///

///

1    Accordingly, IT IS ORDERED that:

2        1.  The proposed Findings and Recommendations filed January 22, 2020, are ADOPTED;

3        2.  This action is DISMISSED without prejudice for failure to state a claim as set forth in

4            the November 25, 2019 order (ECF No. 5); and

5        3.  The Clerk of the Court is directed to close this case.

6        IT IS SO ORDERED.

7    Dated:  March 2, 2020

8

9                                                          MORRISON C. ENGLAND, JR
                                                           UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28